# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

### J. JAMES GLOVER, Respondent, v. THE VILLAGE OF EDGEWATER, Appellant.

*Chapter 674, 1870 — Lands in village of Edgewater — how assessed — Municipal officers — neglect of duty by — effect of.*

Section one of title six of chapter 674 of the Laws of 1870, provides that the assessment roll for the village of Edgewater is to be prepared "in all respects, as far as practicable and consistent with the provisions of this act, in the manner prescribed by law in respect to assessments made by town assessors."

Land in the village belonging to the plaintiff, who was a non-resident, was assessed to him as a resident. *Held*, that the provisions of the Revised Statutes relate only to the taxes to be raised for town, county and State purposes; that under its charter, all lands in the village must be assessed in the name of the owner or occupant, and that the non-residence of an owner only gives him the right to be notified of the sale as provided by the act.

Section five of title twelve of the charter, requires that, at the expiration of ninety days from the delivery of the warrant to him, "the treasurer shall make a return, under oath, of all such taxes and assessments upon any lands or premises which shall be unpaid in whole or in part, and shall file the same in the office of the village clerk; and such treasurer shall annually, between the first day of March and the first day of April, cause such lands to be advertised for sale at public auction;" *held*, that the neglect of the treasurer to make the return as required by the act did not deprive him of the power of selling the lands.

Appeal from a judgment in favor of the plaintiff.

*T. C. Vermilye*, for the appellant.

*Robert Christie*, for the respondent.

Opinion by Barnard, P. J.

Present—Barnard, P. J., Talcott and Tappen, JJ.

Judgment reversed and new trial granted.